

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-09-00066-CR

_____


JAMES DIXON GRAVES, JR., Appellant

V.

THE STATE OF TEXAS, Appellee



On Appeal from the 76th Judicial District Court
Morris County, Texas
Trial Court No. 9952



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINON

James Dixon Graves, Jr., appeals from his convictions by a jury in this cause on thirteen charges of aggravated sexual assault of a disabled individual.[1]  Graves has filed a single brief in which he raises issues common to all of his appeals.  He argues that the trial court erred in denying the following:   (1) his motion to suppress the evidence; (2) his request for funds to hire an expert; (3) his request to have the victim examined by the expert as to her disability and competency to testify; and (4) his motion for mistrial.  Graves also complains that the evidence was insufficient to establish the victim was disabled under the Texas Penal Code.

We addressed these issues in detail in our opinion of this date on Graves' appeal in cause number 06-09-00063-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the judgment.


Jack Carter
Justice

Date Submitted:     February 5, 2010
Date Decided:       February 24, 2010


Do Not Publish

---

[1]Graves appeals from judgments entered in cause numbers 06-09-00063-CR through 06-09-00070-CR.

2